Andrew D. Campbell, OSB #022647
andrew@heltzel.com
Heltzel Williams, P.C.
P.O. Box 1048
Salem, OR 97308
Telephone:   (503) 585-4422
Fax:         (503) 540-6534

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| Hannah Langager, <br><br> Plaintiff, <br><br> vs. <br><br> Unknown law enforcement officers of the Albany Police Department, an agency of the City of Albany, a municipality of the State of Oregon; unknown law enforcement officers of the Linn County Sheriff's Office, an agency of Linn County, an Oregon County; City of Albany, a municipality of the State of Oregon, Linn County, an Oregon county; the State of Oregon, <br><br> Defendants. | Case No. _____ <br><br> **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(C)** |

1 – NOTICE OF REMOVAL OF ACTION
W:\clients\CI16661\007\00264915.DOCX

# TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON, EUGENE DIVISION:

Defendants, an indefinite number of John Doe police officers employed by the City of Albany (the "Albany officers"), an indefinite number of John Doe police officers employed by Linn County (the "County officers"), the City of Albany ("Albany") and Linn County, (together, "Defendants") respectfully petition for removal of this action to the United States District Court for the District of Oregon, Eugene Division. In support of their petition, Defendants allege as follows:

1. On or about June 20, 2017, plaintiff Hannah Langager filed a complaint against defendants in the Circuit Court of the State of Oregon for the County of Linn titled *Hannah Langager v. Unknown law enforcement officers of the City of Albany, a municipality of the State of Oregon, Unknown law enforcement officers of the Linn County Sheriff's Office; the City of Albany, Oregon, a municipality of the State of Oregon, Linn County, Oregon, a county of the State of Oregon; the State of Oregon,* under Case No. 17CV25697. Service of summons has not been accomplished. Copies of the original Complaint and all other pleadings on file with the Linn County Circuit Court are attached to this petition collectively as Exhibit "A."

2. The undersigned counsel represents all defendants except the State of Oregon.

3. While the undersigned counsel does not represent co-defendant State of Oregon, he has conferred with Oregon Assistant Attorney General Craig M. Johnson, who does represent the State. On July 5, 2017 Mr. Johnson informed the undersigned that the State of Oregon consents to removal,

2 – NOTICE OF REMOVAL OF ACTION
\\HEL-ES\Worldox\clients\CI16661\007\00264915.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■FACSIMILE (503) 370-4302**

satisfying the "rule of unanimity" among co-defendants. *Proctor v. Vishay Intertechnology Inc.,* 584 F.3d 1208, 1225 (9th Cir. 2009).

4. The Complaint attempts to state a claim for relief under 42 U.S.C. § 1983 based on an alleged constitutional violation by Albany officers.

5. Accordingly, this case is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331, because, at least on its face, it states a claim under 42 U.S.C. § 1983 and is one that can be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 and § 1443. Although defendants deny that they are liable to plaintiffs, plaintiffs have alleged claims under the laws of the United States. Removal of this action is not based on diversity of citizenship, therefore 28 U.S.C. § 1332 does not apply.

6. Thirty days have not passed since the receipt by defendants of this pleading. Accordingly, 28 U.S.C. § 1446(b) is satisfied.

7. According to the Linn County Circuit Court docket, plaintiff's counsel is located in Corvallis, Oregon. Furthermore, the Complaint alleges that the acts or omissions giving rise to the complaint took place in Linn County, Oregon.

WHEREFORE, defendants respectfully request that this action now pending against them in the Circuit Court in the State of Oregon for the County of Linn be removed from that Court and be litigated in the United States District Court for the District of Oregon, Eugene Division.

Dated this 12th day of July, 2017.

        HELTZEL WILLIAMS PC

        s/Andrew D. Campbell
        Andrew D. Campbell, OSB 022647
        PO Box 1048
        Salem, OR 97308
        Telephone: (503) 585-4422
        Fax: (503) 378-4302
        andrew@heltzel.com
        Attorney for:
            Albany Officers
            County Officers
            City of Albany
            Linn County

4 – NOTICE OF REMOVAL OF ACTION
\\HEL-ES\Worldox\clients\CI16661\007\00264915.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■FACSIMILE (503) 370-4302**

6/20/2017 12:05:47 PM

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LINN

| Hannah Langager, | ) | Case # 17CV25697 |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR MONEY DAMAGES |
| vs. | ) | UNCONSTITUTIONAL SEARCH AND UNLAWFUL SEIZURE OF PERSONAL PROPERTY |
| Unknown law enforcement officers of the Albany Police Department, an agency of the City of Albany, a municipality of the State of Oregon; unknown law enforcement officers of the Linn County Sheriff's Office, an agency of Linn County, an Oregon County; City of Albany, a municipality of the State of Oregon, Linn County, an Oregon county; the State of Oregon, | ) | ACTION FOR DEPRIVATION OF RIGHTS PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS OF THE UNITED STATES OF AMERICA (42 U.S.C. § 1983) |
| | ) | Amount in Controversy ($999,999.99) |
| | ) | Not Subject to Mandatory Arbitration |
| Defendants. | ) | Filing Fee $531.00 - ORS 21.160(1)(c) |
| | ) | Jury Trial Requested |

Comes now, Hannah Langager ("Plaintiff"), by and through her attorney, Jeffrey D. Goodwin, and, for her complaint, alleges:

1.

Plaintiff owns a motor vehicle. ("Plaintiff's vehicle").

2.

On or about May 18, 2017 in the vicinity of 2272 Santiam Hwy SE, Albany, OR 97322, officers of the Albany Police Department, City of Albany, a municipality of the

Prepared and submitted by:
Jeffrey D. Goodwin, OSB# 123269
Of attorneys and trial attorney for Plaintiff
Heart of the Valley Law
120 SW 4TH St., Ste. 120
Tel: 541-257-8585 Fax: 541-359-3073
jdg@heartofthevalleylaw.com

Page 1 of 5 - Complaint for Money Damages

Exhibit ___A___

Page ___1___ of ___6___

1  State of Oregon ("APD" and/or officers of the Linn County Sheriff's Office, for the
2  County of Linn, in the State of Oregon ("LCSO"), forcibly entered, searched and
3  ultimately seized Plaintiff's Vehicle (together "the officers").

4                                          3.

5       The officers had no lawful authority to force entry to Plaintiff's vehicle, no
6  lawful authority to search Plaintiff's vehicle, and no lawful authority to seize
7  Plaintiff's vehicle.

8                                          4.

9       No warrant was issued related to Plaintiff's vehicle. The officers entry, search
10 and seizure constituted an invasion of privacy and a trespass to chattels to Plaintiff's
11 injury.

12                                         5.

13      The officers conduct was unlawful under Article I, Section 9. of the Oregon
14 Constitution which provides: "Section 9. Unreasonable searches or seizures. No law
15 shall violate the right of the people to be secure in their persons, houses, papers, and
16 effects, against unreasonable search, or seizure; and no warrant shall issue but upon
17 probable cause, supported by oath, or affirmation, and particularly describing the
18 place to be searched, and the person or thing to be seized." The officers conduct
19 further violated ORS 133.525 to ORS 133.615.

20                                         6.

21      The officers conduct violated the Fourth Amendment to the Constitution of the
22 United States of America which provides: "The right of the people to be secure in
23 their persons, houses, papers, and effects, against unreasonable searches and
24 seizures, shall not be violated, and no Warrants shall issue, but upon probable cause,

28 Page 2 of 5 - Complaint for Money Damages

Prepared and submitted by:
Jeffrey D. Goodwin, OSB# 123269
Of attorneys and trial attorney for Plaintiff
Heart of the Valley Law
120 SW 4TH St., Ste. 120
Tel: 541-257-8585 Fax: 541-359-3073
jdg@heartofthevalleylaw.com

Exhibit ___A___

Page __2__ of __6__

supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

7.

Because the officers conduct violated the Fourth Amendment to the Constitution of the United States of America and also violated the constitution and laws of the State of Oregon, it gives rise to a claim for damages suffered by Plaintiff under 42 U.S.C. § 1983 which provides in part: "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress..."

8.

Because the officers committed a tort acting withing the scope of their employment or duties they are liable to Plaintiff under ORS 30.265 which provides in part: "Subject to the limitations of ORS 30.260 (Definitions for ORS 30.260 to 30.300) to 30.300 (ORS 30.260 to 30.300 exclusive), every public body is subject to civil action for its torts and those of its officers, employees and agents acting within the scope of their employment or duties, whether arising out of a governmental or proprietary function..."

9.

Because of the officers unlawful conduct Plaintiff suffered loss of use of Plaintiff's vehicle, expense for the return of Plaintiff's vehicle, loss of peace of mind,

Page 3 of 5 - Complaint for Money Damages

Prepared and submitted by:
Jeffrey D. Goodwin, OSB# 123269
Of attorneys and trial attorney for Plaintiff
Heart of the Valley Law
120 SW 4TH St., Ste. 120
Tel: 541-257-8585 Fax: 541-359-3073
jdg@heartofthevalleylaw.com

Exhibit __A__

Page __3__ of __6__

a sense of safety, and general emotional distress, as well as significant inconvenience. Plaintiff alleges that those injuries damaged her in the amount of at least $999,999.99, or such other amount as to be proven at trial.

10.

Linn County Oregon is the proper venue and the Linn County Circuit Court has jurisdiction over this matter, but because this matter involves Linn County, Oregon and officers and officials who constantly interact with the Linn County Circuit Court and its judges and staff, Plaintiff cannot receive a fair trial in Linn County, Oregon and requests a different venue.

11.

Plaintiff requests that all findings of fact herein be made by jury trial.

12.

Under 42 USC § 1988 the Court can award the Plaintiff her reasonable attorney fees if she prevails in this action; further Plaintiff requests that all findings of fact herein be made by jury trial.

13.

Under ORS 20.105 the Court can award Plaintiff her reasonable attorney fees if the Court finds that Defendants asserted any claim or defense in this matter without objectively reasonable basis.

14.

NOW THEREFORE, Plaintiff prays the Court grant general judgment and money award in Plaintiff's favor and against Defendants, jointly and severally as follows:

(a)    Awarding Plaintiff $999,999.99 in aggregate for actual economic damages, non-economic damages, and punitive damages on Plaintiff's claim;

Page 4 of 5 - Complaint for Money Damages

Prepared and submitted by:
Jeffrey D. Goodwin, OSB# 123269
Of attorneys and trial attorney for Plaintiff
Heart of the Valley Law
120 SW 4TH St., Ste. 120
Tel: 541-257-8585 Fax: 541-359-3073
jdg@heartofthevalleylaw.com

Exhibit ___A___

Page ___4___ of ___6___

(b)  Awarding Plaintiff her prevailing party fee, together with her actual costs and disbursement incurred herein;

(c)  Awarding Plaintiff her actual, reasonable, and necessary attorney fees incurred herein under 42 USC § 1988 or under ORS 20.105 if the Court finds Defendants asserted any claim or defense in this matter without objectively reasonable basis; and

(d)  Awarding Plaintiff any other relief that the Court deems just and equitable.

Dated: June 20, 2017            s/ Jeffrey D. Goodwin
                                Jeffrey D. Goodwin, OSB #123269
                                Attorney for Plaintiff

Page 5 of 5 - Complaint for Money Damages

Prepared and submitted by:
Jeffrey D. Goodwin, OSB# 123269
Of attorneys and trial attorney for Plaintiff
Heart of the Valley Law
120 SW 4TH St., Ste. 120
Tel: 541-257-8585 Fax: 541-359-3073
jdg@heartofthevalleylaw.com

Exhibit _A_
Page _5_ of _6_

Skip to Main Content  Logout  My Account  Search Menu  Search Civil, Family, Probate and Tax Court Case Records  Refine Search  Back

Location : All Locations   Images  Help

# REGISTER OF ACTIONS
## CASE NO. 17CV25697

| | |
|---|---|
| Hannah Langager vs City of Albany Oregon, Linn County Oregon, The State of Oregon, Unknown Law Enforcement Officers, City of Albany, Unknown Law Enforcement Officers, Linn County Sheriff s Office | Case Type: **Tort - General**<br>Date Filed: **06/20/2017**<br>Location: **Linn** |

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant** | **City of Albany Oregon**<br>333 Broadalbin St. SW<br>Albany, OR 97321 | |
| **Defendant** | **Linn County Oregon**<br>300 SW 4th Ave<br>Albany, OR 97321 | |
| **Defendant** | **The State of Oregon**<br>900 Court St. NE<br>Salem, OR 97301 | |
| **Defendant** | **Unknown Law Enforcement Officers, City of Albany**<br>333 Broadalbin St. SW<br>Albany, OR 97321 | |
| **Defendant** | **Unknown Law Enforcement Officers, Linn County Sheriff s Office**<br>1115 SE Jackson St.<br>Albany, OR 97322 | |
| **Plaintiff** | **Langager, Hannah**<br>C/O PO Box 987<br>Corvallis, OR 97339 | **JEFFREY D GOODWIN**<br>*Retained*<br>541 257-8585(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 06/20/2017 | **Complaint**<br>Created: 06/20/2017 1:19 PM | |
| 06/20/2017 | **Service** | |
| | City of Albany Oregon | Unserved |
| | Linn County Oregon | Unserved |
| | The State of Oregon | Unserved |
| | Unknown Law Enforcement Officers, City of Albany | Unserved |
| | Unknown Law Enforcement Officers, Linn County Sheriff s Office | Unserved |
| | Created: 06/20/2017 1:19 PM | |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Plaintiff** Langager, Hannah | | |
| | Total Financial Assessment | | 531.00 |
| | Total Payments and Credits | | 531.00 |
| | **Balance Due as of 07/07/2017** | | **0.00** |
| 06/20/2017 | Transaction Assessment | | 531.00 |
| 06/20/2017 | xWeb Accessed eFile  Receipt # 2017-563635 | Langager, Hannah | (531.00) |

Exhibit ___A___

Page __6__ of __6__

## CERTIFICATE OF SERVICE

  I hereby certify that on July 12, 2017, I served a true copy of a NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 USC § 1441(C) on the individual listed below by the methods listed below:

| | |
|---|---|
| Jeffrey D. Goodwin<br>120 SW 4th Street, Suite 120<br>Corvallis, OR 97333<br>jdg@heartofthevalleylaw.com | ☑ U.S. Postal Service<br>☐ Hand Delivery<br>☐ Federal Express<br>☐ Facsimile<br>☑ Email |
| Jeffrey D. Goodwin<br>408 SW Monroe Avenue, Suite 142<br>Corvallis, OR 97333<br>jdg@heartofthevalleylaw.com | ☑ U.S. Postal Service<br>☐ Hand Delivery<br>☐ Federal Express<br>☐ Facsimile<br>☑ Email |

Dated this 12th day of July, 2017.

              HELTZEL WILLIAMS, P.C.


              By: s/ Andrew D. Campbell
              Andrew D. Campbell, OSB #022647