IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HANNAH LANGAGER, | |
| Plaintiff, | Civ. No. 6:17-cv-01080-AA |
| v. | JUDGMENT |
| Unknown law enforcement officers of the ALBANY POLICE DEPARTMENT, an agency of the City of Albany, a municipality of the State of Oregon; unknown law enforcement officers of the LINN COUNTY SHERIFF'S OFFICE, an agency of Linn County, an Oregon County; CITY OF ALBANY, a municipality of the State of Oregon; LINN COUNTY, an Oregon County; the STATE OF OREGON, | |
| Defendants. | |

Pursuant to the Notice of Voluntary Dismissal, ECF No. 11, it is ordered that this action is hereby dismissed without prejudice and without costs to any party.

DATED: 11/7/2017

Mary L. Moran, Clerk

By    /s/ Cathy Kramer
      Deputy Clerk

1 –JUDGMENT